1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant DICKINSON

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )   No. CR 11-00224 PSG
                                     )
                Plaintiff,           )
13                                   )   **STIPULATION TO CONTINUE**
         v.                          )   **STATUS HEARING FROM**
14                                   )   **SEPTEMBER 15, 2011 TO OCTOBER 6,**
    JONATHON CHARLES DICKINSON,      )   **2011; [PROPOSED] ORDER**
15                                   )
                Defendant.           )
16  _____)   HONORABLE PAUL S. GREWAL

17

18                          **STIPULATION**

19         Defendant and the government, through their respective counsel, subject to the Court's

20  approval, hereby stipulate that the Court continue the status hearing in the above-captioned

21  matter, presently scheduled for, September 15, 2011 at 10:00 a.m., to October 6, 2011, at 1:30

22  p.m.  The reason for the stipulation is as follows.  Counsel for Mr. Dickinson needs additional

23  time to review the discovery, complete his investigation, and continue plea negotiations with the

24  government.

25         The parties further agree and stipulate that time should be excluded from and including

26  September 15, 2011, through and including October 6, 2011, to provide counsel reasonable time

to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: September 13, 2011

_____/s/_____
MANUEL ARAUJO
Assistant Federal Public Defender

Dated: September 13, 2011

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from September 15, 2011, at 10:00 a.m., to October 6, 2011, at 1:30 p.m.  It is further ordered that the period of delay from September 15, 2011, through and including October 6, 2011, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: September 14, 2011

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge