MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JONATHAN CHARLES DICKINSON,<br><br>    Defendant. | No.  CR 11-00224 PSG<br><br>**UNITED STATES' MOTION TO DISMISS COUNT TWO OF INFORMATION** |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California hereby moves to dismiss Count Two, Unlawful Display of Evidence of Registration, of the captioned information without prejudice.


Dated: January 10, 2012                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


                                            /s/
                                            DANIEL R. KALEBA
                                            Assistant United States Attorney

MOTION TO DISMISS
CR 11-00224 PSG

# [~~PROPOSED~~] ORDER

Upon motion of the government, the court hereby dismisses Count Two of the captioned information without prejudice.

Date: January 17, 2012

PAUL S. GREWAL
United States Magistrate Judge