1 GEOFFREY A. HANSEN
Acting Federal Public Defender
2 MANUEL U. ARAUJO
Assistant Federal Public Defender
3 160 West Santa Clara Street
Suite 575
4 San Jose, CA 95113

5 Telephone:  (408) 291-7753

6 Counsel for Defendant DICKINSON

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,            )    No. CR 11-00224-PSG
                                       )
12              Plaintiff,             )    STIPULATION TO EXTEND THE
                                       )    SURRENDER DATE OF APRIL 19, 2012
13 vs.                                 )    TO JULY 1, 2012, AT 12:00 NOON, AND
                                       )    [PROPOSED] ORDER
14 JONATHON CHARLES DICKINSON,         )
                                       )
15              Defendant.             )
   _____)

16

17                              **STIPULATION**

18      Defendant, Jonathon Charles Dickinson, his counsel, Assistant Federal Public Defender

19 Manuel U. Araujo, and the United States of America through its attorney of record, Assistant

20 United States Attorney Daniel R. Kaleba, stipulate and agree, subject to the Court's acceptance,

21 that the April 19, 2012 , self-surrender date to the place of incarceration designated by the

22 Bureau of Prisons for service of the thirty day jail custody portion of his sentence be extended

23 from April 19, 2012, to July 1, 2012, at 12:00 noon.  The purpose for the extension is to provide

24 the defendant with an opportunity to complete his journeyman training before commencing his

25 jail sentence.  Mr. Dickinson is currently serving his 30-day sentence of electronic monitoring.

26

1    Mr.  Dickinson has been advised and understands that his failure to surrender himself

2    would violate Title 18, United States Code, § 3146(a)(2) and (b)(1)(A)(iv) , which makes it a

3    misdemeanor for a person to fail to surrender for the service of a sentence ordered by a court.

4    He also has been advised and understands and that pursuant to 18, United States Code,  §

5    3146(b)(1)(A)(iv) such a failure to surrender could subject him to an additional maximum

6    punishment of one year and/or a maximum $1,000 fine.  He also has been advised and

7    understands that pursuant to Title 18, United States Code, § 3146(b)(2) a sentence imposed

8    under §3146(b)(1)(A), must be consecutive to the sentence in case number No. CR 11-00224-01-

9    PSG.

10    The defense has conferred with the United States Probation Officer Esmeralda Gupton,

11   and she has no objection to an extension of the stay of the execution of the sentence to July 1,

12   2012.

13   SO STIPULATED:

14   Dated: March 22, 2012               _____/s/_____
                                          MANUEL U. ARAUJO,
15                                        Assistant Federal Public Defender

16   Dated: March 22, 2012               _____/S/_____
                                          DANIEL R. KALEBA,
17                                        Assistant United States Attorney

18

19

20

21

22

23

24

25

26

Case No. CR 11-00224-PSG
Stipulation to Extend Surrender Date and
~~Proposed~~ Order                          2

1

2

3

4

5

6

7

8                                    [PROPOSED] ORDER

9            The parties have jointly requested to extend Jonathon Charles Dickinson's self-surrender

10   date to July 1, 2012, at 12:00 noon.  Pursuant to the parties' stipulation and  GOOD CAUSE

11   APPEARING, IT IS HEREBY ORDERED that the defendant's self-surrender date presently set

12   for April 19, 2012, is extended to July 1, 2012, at 12:00 noon.

13   Dated: O ctej ''48, 2012                    """"_____
                                                 HONORABLE PAUL S. GREWAL
14                                               United States District Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

Case No. CR 11-00224-PSG
Stipulation to Extend Surrender Date and
Proposed Order                                  3